KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA B., <br><br> Plaintiff, <br><br> v. <br><br> CIGNA HEALTH AND LIFE INSURANCE COMPANY, <br><br> Defendant. | Case No.: 2:17-cv-08331-MWF-AFM <br><br> **ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)** |

Based upon the stipulation of the parties, and for good cause shown:

IT IS HEREBY ORDERED that this action, Case No. CV 17-08331-MWF-AFM is dismissed in its entirety, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

DATED: January 11, 2019    BY: _____
　　　　　　　　　　　　　　　　　Honorable Michael W. Fitzgerald
　　　　　　　　　　　　　　　　　United States District Judge